08-5349-cv
Merritt v. NYCTA

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

### SUMMARY ORDER

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO SUMMARY ORDERS FILED AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY THIS COURT'S LOCAL RULE 32.1 AND FEDERAL RULE OF APPELLATE PROCEDURE 32.1. IN A BRIEF OR OTHER PAPER IN WHICH A LITIGANT CITES A SUMMARY ORDER, IN EACH PARAGRAPH IN WHICH A CITATION APPEARS, AT LEAST ONE CITATION MUST EITHER BE TO THE FEDERAL APPENDIX OR BE ACCOMPANIED BY THE NOTATION: "(SUMMARY ORDER)." A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF THAT SUMMARY ORDER TOGETHER WITH THE PAPER IN WHICH THE SUMMARY ORDER IS CITED ON ANY PARTY NOT REPRESENTED BY COUNSEL UNLESS THE SUMMARY ORDER IS AVAILABLE IN AN ELECTRONIC DATABASE WHICH IS PUBLICLY ACCESSIBLE WITHOUT PAYMENT OF FEE (SUCH AS THE DATABASE AVAILABLE AT HTTP://WWW.CA2.USCOURTS.GOV/). IF NO COPY IS SERVED BY REASON OF THE AVAILABILITY OF THE ORDER ON SUCH A DATABASE, THE CITATION MUST INCLUDE REFERENCE TO THAT DATABASE AND THE DOCKET NUMBER OF THE CASE IN WHICH THE ORDER WAS ENTERED.

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 25th day of November, two thousand and nine.

Present: ROBERT D. SACK,
         BARRINGTON D. PARKER,
         RICHARD C. WESLEY,
              *Circuit Judges.*

————————————————————————————————————————————

DENISE M. MERRITT,

         *Plaintiff-Appellant,*

    - v. -                                    (08-5349-cv)

NEW YORK CITY TRANSIT AUTHORITY and
MANHATTAN AND BRONX SURFACE TRANSIT
OPERATING AUTHORITY,

         *Defendants-Appellees.*[*]

————————————————————————————————————————————

For Appellant:              DENISE M. MERRITT, *pro se*,
                            Rochdale Village, New York.

---

[*] The Clerk of the Court is respectfully directed to amend the official caption in this action to conform to the caption in this summary order.

For Appellees: CAROL R. SHARPE, New York City Transit Authority, New York, New York.

Appeal from the United States District Court for the Eastern District of New York (Mauskopf, *J.*).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the order of the United States District Court for the Eastern District of New York is **AFFIRMED.**

Plaintiff Denise M. Merritt, *pro se*, brought claims against both defendants under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, alleging wrongful termination, disparate treatment, and retaliation. The United States District Court for the Eastern District of New York (Mauskopf, *J.*) granted summary judgment in favor of defendants. *Merritt v. New York City Transit Auth.*, No. 06 Civ. 5548, 2008 WL 4508258 (E.D.N.Y. Sept. 30, 2008). We presume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

Having conducted a *de novo* review of the record, we find each of plaintiff's arguments to be without merit and affirm for substantially similar reasons as those stated by the district court. Accordingly, the order of the district court is hereby **AFFIRMED.**

For the Court
Catherine O'Hagan Wolfe, Clerk

By: _____

2